NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINALD L. SYDNOR,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3128

---

Petition for review of the Merit Systems Protection Board in case no. CB7521100003-T-1.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Reginald L. Sydnor moves to supplement the certified index filed by the Merit Systems Protection Board.  The Board responds.  Sydnor replies.

Sydnor contends that the certified index should include his request to the Board to reopen two separate appeals and the Board's letter denying his request.  The Board responds that these documents should not be included in

the certified index because they were not in the official record considered by the Board in this case.

The court determines that Sydnor has not shown that amendments to the certified index are warranted.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Sydnor's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

<u>SEP 3 0 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Reginald L. Sydnor
    Jeffrey A. Gauger, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
CLERK